# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1679.  CHRISTOPHER BLACKSTOCK v. THE STATE.**

Christopher Blackstock was convicted of murder and other crimes.  The Supreme Court affirmed his convictions on appeal.  *Blackstock v. State*, 270 Ga. 117 (506 SE2d 130) (1998).  Blackstock later filed a "Motion to Vacate, Set Aside, or Correct Illegal Sentence," which the trial court denied.  Blackstock then appealed to this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring).  Accordingly, Blackstock's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  05/01/2012
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*